

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00511-CR

_____

KEVIN CLAYTON HUBBARD, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CR20087

_____

Before Sudderth C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 24, 2019